UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASP GLOBAL, LLC,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>DUKE HEALTHCARE CONSULTING, )<br>LLC, MICHAEL PADGETT, AND   )<br>JAKE TRUEN,   )<br>   )<br>   Defendants.   ) | CIVIL ACTION FILE<br>NO. 1:20-CV-5152-MHC |

## DECLARATION OF LORNE TRITT

I, Lorne Tritt, make the following declaration under penalty of perjury:

1. I am over the age of eighteen years, am suffering from no mental disability, and am legally competent to make this Declaration. This Declaration is based on my own personal knowledge.

2. I am the Executive Chairman of Plaintiff ASP Global, LLC, and this Declaration is being presented in response to the Order entered in this case on January 21, 2021 [Doc. 14], despite that Order being directed to Defendants Duke Healthcare Consulting, LLC, and Michael Padgett.

3. In the Order, the Court note that "Jake Truen may be a citizen of Florida. Consequently, Defendants still have not met their burden to show complete diversity of parties in this case." (citations omitted)[Doc. 14, page 2].

4. As Executive Chairman of Plaintiff ASP Global, LLC, I have personal knowledge of the ownership of ASP Global, LLC.

5. ASP Global, LLC, is owned by ASP Global Intermediate Holdings, LLC.

6. ASP Global Intermediate Holdings, LLC is owned by ASP Global Holdings, LLC.

7. ASP Global Holdings, LLC is owned by Incline Elevate ASP Splitter, LP, and others including individuals. One of the individuals is a resident of Marco Island, Florida. This individual has requested that his name and address be kept out of public filings, but he has authorized ASP Global, LLC's counsel to share that information with the Court for *in camera* review and counsel for Defendants Duke Healthcare Consulting, LLC, and Michael Padgett provided they also keep that information within that law firm. I understand that counsel has such agreed.

I declare the foregoing is true and correct subject to the penalty of perjury under the laws of the United States of America.

Executed February 4, 2021.

_____
LORNE TRITT